Vincent R. Mayr     Arizona State Bar ID#     (013954)
District of Colombia Bar ID # (437795)
Colorado Bar ID # (023774)
Nevada Bar ID # (006737)

*LAW OFFICES OF VINCENT R. MAYR, LTD.*
222 S. POWER RD., # 204
MESA, ARIZONA 85206
PH: (480) 507-0859    Fax: (602) 296-0245
Attorney for the Debtors JEDROL

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | In Proceedings Under Chapter 13 |
| TADEUSZ JEDROL and MARIA ANNE JEDROL | |
| | Case No.: **2:08-bk-15546-RTB** |
| Debtors. | **OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for EverHome Mortgage Company | |
| Movant, vs. | |
| Tadeusz Jedrol and Maria Anne Jedrol, Debtors; Russell A. Brown, Trustee, | |
| Respondents. | |

**COME NOW, Tadeusz Jedrol and Maria Anne Jedrol**, and hereby OBJECT to the Motion for Relief From the Automatic Stay filed by MERS (Hereinafter "the Movant") and for their answers to the motion hereby state as follows:

1. Debtors admit to jurisdiction.

2. Debtors admit to ownership of the property subject to a security interest.

3. Debtors deny that there is a post-petition arrearage as asserted by movant and assert that they provided evidence to this effect to movant's attorneys prior to the filing of the Motion.

4. The property is necessary to the effective re-organization of the debtors.

5. Debtors desire to retain the home and bring their obligations with the mortgage company post-petition current, if it is determined that they are not current.

6. Debtors respectfully request that Movant provide a comprehensive accounting of all payments received by it on the account in question, and an accounting of how all payments were applied, from the month prior to the filing of the bankruptcy to current.

WHEREFORE, debtors respectfully request that this Honorable Court deny the relief requested.

Respectfully submitted this 22nd day of August, 2009.

***LAW OFFICES OF VINCENT R. MAYR, LTD.***

By:     S/VRM 013954
      Vincent R. Mayr
      Attorney for the Debtors

A copy of the foregoing deposited in
the U.S. Mail this 22nd day
of August, 2009 addressed as follows:

RUSSELL A. BROWN, TRUSTEE
3838 N CENTRAL AVE
SUITE 800
PHOENIX AZ   85012-1965

and

TADEUSZ & MARIA JEDROL
4021 W. BLACKHAWK DRIVE
GLENDALE AZ   85308

and

MARK S. BOSCO, ESQ.
LEONARD J. McDONALD, ESQ.
TIFFANY & BOSCO, P.A.
2525 EAST CAMELBACK ROAD
THIRD FLOOR
PHOENIX AZ 85016


By: S/VRM 013954
VINCENT R. MAYR, ESQ.